UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00534-MJP<br><br>ORDER GRANTING MOTION TO SEAL |

ORDER GRANTING
MOTION TO SEAL
Case No. 2:17-cv-534 – 1

1  This matter came before the court on Plaintiffs' Motion to Seal.  Having reviewed

2  Plaintiffs' Motion and being advised that Defendants have no objection to the motion, now,

3  therefore, it is

4  ORDERED that the motion is GRANTED; and it is further

5  ORDERED that Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer, as

6  well as Exhibits W-Z, AD-AF, AX, AZ and BG to the Declaration of Kevin A. Zeck in Support

7  of Plaintiffs' Opposition to the Motion to Dismiss or Transfer, shall REMAIN SEALED.

10  SO ORDERED this _8th_ day of __January__, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

By:    /s/*Kevin A. Zeck*
       Kevin A. Zeck, # 41689
       **Perkins Coie LLP**
       1201 Third Avenue, Suite 4900
       Seattle, WA 98101-3099
       Telephone: 206.359.8000
       Facsimile: 206.359.9000
       Email: KZeck@perkinscoie.com

       *Attorneys for Plaintiffs HTC Corporation
       And HTC America, Inc.*

ORDER GRANTING
MOTION TO SEAL
Case No. 2:17-cv-534 – 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2018, I caused copies of the foregoing document to be served via ECF to the following counsel of record:

Philip S. McCune, WSBA #21081
Steven O. Fortney, WSBA #44704
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Tel: (206) 676-7000
Email: philm@summitlaw.com
Email: stevef@summitlaw.com

Laurie Fitzgerald *(admitted pro hac vice)*
Theodore Stevenson, III
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Tel: (512) 692-8700
Email: lfitzgerald@mckoolsmith.com
Email: tstevenson@mckoolsmith.com

***Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.***

>                     */s/ Kevin A. Zeck*
>                     Kevin A. Zeck