HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00534-MJP<br><br>**ORDER REGARDING JOINT STATUS REPORT AND CASE SCHEDULE** |

[PROPOSED] ORDER REGARDING JOINT
STATUS REPORT– 1
(No. 2:17-cv-00534-MJP)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

THE COURT, having considered the Joint Status Report on Case Schedule submitted by the parties, and being fully advised in the premises, now, therefore, ORDERS that the case schedule be amended to have the following revised deadlines:

| DATE | EVENT / TASK |
|---|---|
| 4/30/2018 | Deadline for Ericsson to make good faith production of *TCL v. Ericsson* materials, to provide HTC with a list of third-parties from *TCL v. Ericsson* from whom consent has been sought for production in this case, and to provide HTC with a list of the third-parties who have not provided consent for production by this date<br><br>As to the good faith production, this will include *TCL v. Ericsson* materials for which no objection from a third-party has been received to production in this case |
| 5/29/2018 | Deadline for Ericsson to substantially complete production of materials from *TCL v. Ericsson* |
| 4 weeks after Ericsson files Answer | Deadline for Ericsson to serve FRAND contentions |
| 3 weeks after Ericsson serves FRAND contentions | Deadline for HTC to serve responsive FRAND contentions |
| No later than 6 weeks after substantial production of materials from *TCL v. Ericsson* | Deadline for HTC to Submit Motions for Early Resolution of Estoppel Effects Arising from TCL v. Ericsson. |
| 60 days after Ericsson files Answer | Deadline for parties to file and serve motions to amend pleadings or join additional parties |
| 6/4/2018 | Deadline for parties to submit materials, including expert submissions the parties may rely upon at tutorial |
| 6/14/2018 at 9:00 AM | Tutorial |

CERTIFICATE OF SERVICE
(No. 2:17-cv-00534-MJP) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| DATE | EVENT / TASK |
|---|---|
| 9/28/2018 | Deadline for parties to engage in some form of alternative dispute resolution |
| 11/1/2018 | All discovery motions which concern discovery that is not Expert Opinion Discovery* must be noted for consideration by the Court on or before this date

*Expert Opinion Discovery consists of the disclosures under Fed. R. Civ. P. 26(a)(2)(B), (C) (i.e., Expert Reports); discovery concerning contentions that consist of or contain expert opinion; fact discovery into facts, data, or bases for a disclosed expert opinion, which facts, data, or bases clearly need not have been revealed until service of an Expert Report; and depositions of witnesses offering expert opinion. |
| 11/1/2018 | Close of discovery, except for Expert Opinion Discovery |
| 12/1/2018 | Deadline for Opening Expert Reports on issues for which a party bears the burden of proof.

For issues with which there is uncertainty with respect to the burden of proof, the parties will meet and confer at least one month before this deadline. |
| 12/20/2018 | Deadline for Response Expert Reports |
| 1/23/2019 | All discovery motions which concern Expert Opinion Discovery must be noted for consideration by the Court on or before this date |
| 2/22/2019 | Close of opinion discovery |
| 3/22/2019 | Deadline for Filing Daubert Motions |
| 3/25/2019 | Deadline for Filing Dispositive Motions |
| 4/19/2019 | Deadline for service of Plaintiffs' Pretrial Statement Pursuant to LCR 16(h) |
| 5/1/2019 | Deadline for service of Defendants' Pretrial Statement Pursuant to LCR 16(i) |
| 5/10/2019 | Deadline for the Conference of the Attorneys Pursuant to LCR 16(k) |
| 5/17/2019 | Deadline for service of Rule 26(a)(3) Disclosures |

[PROPOSED] ORDER REGARDING JOINT
STATUS REPORT ON CASE SCHEDULE – 2
(No. 2:17-cv-00534-MJP)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9

| DATE | EVENT / TASK |
|---|---|
| 6/17/2019 | All motions *in limine* or related motions must be noted for consideration by the Court on or before this date, including any objections pursuant to Rule 26(a)(3)(B) |
| 7/10/2019 | Proposed pretrial order, trial briefs, voir dire questions, and jury instructions |
| 7/12/2019 at 1:30 PM | Final Pretrial Conference |
| 7/22/2019 at 9:00 AM | Trial – Courtroom 14206 before Judge Marsha J. Pechman |

10
11
12

DATED this 19th day of April, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER REGARDING JOINT
STATUS REPORT ON CASE SCHEDULE – 3
(No. 2:17-cv-00534-MJP)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000